# UNITED STATES DISTRICT COURT

## Western District of Missouri

**CYRILL KOLOCOTRONIS**

JUDGMENT IN A CIVIL CASE

 v.

**WELL CARE OWNERS**

Case Number: 06-4195-CV-C-NKL

_   *Jury Verdict.* This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   *Decision by Court.* This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 IT IS ORDERED AND ADJUDGED

–   that the Magistrate Judge's October 10, 2006 Report and Recommendation is adopted. It is further

–   ORDERED that plaintiff is denied leave to proceed in forma pauperis and his claims are dismissed, pursuant to the provisions of 28 U.S.C. § 1915 and the general order <u>In re Cyrill Athanasios Kolocotronis</u> (W.D. Mo. Aug. 28, 2003).

ENTERED ON: November 20, 2006

<u>November 20, 2006</u>

Date

             <u>PATRICIA L. BRUNE</u>

             Clerk

             /s L. Bax
             (By) Deputy Clerk